# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:10-CV-95-RLV-DCK

| | |
|---|---|
| LOUIS H. BILLIPS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NC BENCO STEEL, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Compel And For Sanctions And For Expedited Hearing And/Or Decision" (Document No. 17) filed July 1, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

As a courtesy to the parties, the Court hereby gives notice that it will decline to grant the motion – to the extent it seeks an *expedited* hearing and/or decision. The Court intends to rule on the motion following the filing of timely response and reply briefs. The Court will determine at a later date whether a hearing on this motion is appropriate, and/or whether any case deadlines should be extended. In the meantime, the parties should make every reasonable effort to complete discovery on schedule. The parties are also respectfully encouraged to attempt to resolve the current dispute without Court intervention.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a brief in response to "Defendant's Motion To Compel And For Sanctions..." (Document No. 17) on or before **July 18, 2011**.

Signed: July 5, 2011

David C. Keesler
United States Magistrate Judge