## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL DOCKET NO. 5:10CV95-RLV-DSC

| | | |
|---|---|---|
| **LOUIS H. BILLIPS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **NC BENCO STEEL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court by reference from Judge Richard L. Voorhees for a Judicial Settlement Conference.

**NOW THEREFORE, IT IS ORDERED:**

1. The Judicial Settlement Conference will be held in Magistrate Judge David S. Cayer's chambers, Room 168, United States Courthouse, 401 West Trade Street, Charlotte, North Carolina, on **Monday, June 11, 2012, at 1:30 p.m.**

2. The following shall attend the Judicial Settlement Conference <u>in person</u>:

a. For an individual party, that party; or for a corporate party, an officer, director, or employee having authority to settle the claim; and

b. The parties' principal counsel of record.

3. The parties shall submit by e-mail a one-page summary of the case and issues to Judge Cayer's law clerk David Grigg at <u>David_Grigg@ncwd.uscourts.gov</u> by 5:00 p.m. on Thursday, June 7, 2012.

4. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: May 25, 2012

David S. Cayer
United States Magistrate Judge